

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELWOOD G. HALL,<br><br>Defendant. | CR 90-24-BLG-SPW<br><br>ORDER |

On August 9, 2017, United States Magistrate Judge John Johnston entered Findings and Recommendations with respect to the July 28, 2017 petition for revocation of Defendant Hall's supervised release. (Docs. 2 and 10.) Although the parties were notified of their right to file objections to the Findings and Recommendations within 14 days, neither party filed objections. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2). But consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

1

Based on Hall's admission to the alleged violation, Judge Johnston recommends his supervised release be revoked. Judge Johnston further recommends that this Court sentence Hall to 6 months imprisonment with 54 months of supervised release to follow. Judge Johnston's Findings and Recommendations are without clear error and hereby adopted in full.

IT IS ORDERED that Defendant Hall's supervised release is revoked. Judgment will be entered by separate document.

DATED this 5th day of September, 2017.

SUSAN P. WATTERS
United States District Judge