# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELWOOD G. HALL,<br><br>Defendant. | CR-90-24-BLG-SPW<br><br>**ORDER RESETTING REVOCATION HEARING** |

Defendant Elwood G. Hall having filed an Unopposed Motion to Withdraw Consent to Appear Before United States Magistrate Judge John T. Johnston (Doc. 27), and good cause appearing,

**IT IS HEREBY ORDERED** that the Revocation Hearing in this matter, presently set for Thursday, March 22, 2018, at 10:00 a.m. before Magistrate Judge John Johnston in Great Falls, Montana is **VACATED**.

**IT IS FURTHER ORDERED** that the Revocation Hearing is reset for **Friday, March 30, 2018 at 10:30 a.m.**, before the Honorable Susan P. Watters in the James F. Battin U.S. Courthouse, Billings, Montana.

1

The Clerk of Court is directed to notify counsel, U.S. Probation and the U.S. Marshals Service of the entry of this Order.

DATED this 20th day of March, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE