IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-90-24-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ELWOOD GENE HALL, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Order, (Doc. 72) is hereby withdrawn.

DATED this 20th day of February, 2020.

_____
Brian Morris
United States District Court Judge